IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SUSAN A. MARSHALL | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Civil No. 17-cv-00374-JPG-CJP |
| NANCY A. BERRYHILL, | ) ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence <u>four</u> of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Susan A. Marshall and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

**DATED:  November 21, 2017**

                                                       **JUSTINE FLANAGAN,**
                                                       **Acting Clerk of Court**

                                                       **BY: <u>s/ Tina Gray</u>**
                                                             **Deputy Clerk**

**Approved:**

<u>s/ J. Phil Gilbert</u>
**J. Phil Gilbert**
**U.S. District Judge**